1
 Erin O'Connell, Petitioner v. Woodland Park School District; Woodland Park School District Board of Education; Mike Bates, in his official capacity as a Board Member; David Illingworth, II, in his official capacity as a Board Member; Cassie Kimbrell, in her official capacity as a Board Member; Suzanne Patterson, in her official capacity as a Board Member; and David Rusterholtz, in his official capacity as a Board Member, Respondents No. 24SC251
Supreme Court of Colorado, En Banc
September 3, 2024
 
           Court
 of Appeals Case No. 23CA514
 
 
 
          Petition
 for Writ of Certiorari DENIED.
 
 
           CHIEF
 JUSTICE MÁRQUEZ and JUSTICE HART would grant as to the
 following issue:
 
 
          Whether,
 in light of its affirmance of the judgment in favor of
 O'Connell, the Court of Appeals (COA) was required to
 award appellate attorney fees under section 24-72-204(5)(b),
 C.R.S., and under the Court's holding in Benefield v.
 Colo. Republican Party, 2014 CO 57.
 
 
          
 JUSTICE HART would grant as to the following issue:
 
 
          Whether
 the COA's application of CAR 39.1's procedural
 requirements to deny appellate attorney fees violates section
 24-72-204(5)(b), C.R.S. and contravenes this court's
 clear precedent in Benefield, supra.